

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2022

No. 04-22-00502-CV

Higinio **IBARRA**,
Appellant

v.

Edna Gabriela **IBARRA**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2021FLA001566C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellee's second unopposed motion for extension of time is GRANTED. Appellee's brief is due January 30, 2023. Further requests for extension of time will be disfavored.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court